# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**TERI (WOLFE) MCCAMMON**
**and COREY S. MCCAMMON,**

        **Plaintiffs,**

**v.**           **Case No: 06-2242-JWL/JPO**

**BIBLER, NEWMAN & REYNOLDS, P.A.,**
**BILLY E. NEWMAN,**
**JOHN DOE, AGENT of Bibler, Newman**
**& Reynolds, P.A.,**
**JANE DOE, Agent of Bibler, Newman**
**& Reynolds, P.A.,**
**and**
**DYNAMIC RECOVERY SERVICES, INC.,**

        **Defendants.**

## ORDER

On August 16, 2007, the plaintiffs filed a motion to dismiss the claims against separate defendant Dynamic Recovery Services, Inc., with prejudice, each party to bear their own costs (doc. 115). The court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT that plaintiffs' motion to dismiss the claims against separate defendant Dynamic Recovery Services, Inc., with prejudice, each party to bear their own costs (doc. 115) is GRANTED.

Dated this 17th day of August, 2007, at Kansas City, Kansas.

        s/ John W. Lungstrum
        John W. Lungstrum
        United States District Judge