IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TERI (WOLFE) MCCAMMON and
COREY S. MCCAMMON,

        Plaintiffs,

-vs-                         Case No. 06-2242-JWL

BIBLER, NEWMAN & REYNOLDS, P.A.,
BILLY E. NEWMAN,

        Defendants.

## ORDER

Counsel for the parties listed above have orally confirmed they have settled and compromised the claims in this lawsuit.

IT IS THEREFORE ORDERED that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  On or before **November 30, 2007**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

IT IS SO ORDERED.

Dated this 29th day of October, 2007, at Kansas City, Kansas..

.                                                                           s/ John W. Lungstrum
                                                                            JOHN W. LUNGSTRUM
                                                                            CHIEF DISTRICT JUDGE